IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHLEEN A. REPOLEY, | : | CIVIL ACTION |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, | : | No. 14-6823 |
| *Acting Commissioner of* | : | |
| *Social Security*, | : | |
| *Defendant*. | : | |

**O R D E R**

**AND NOW**, this 11th day of October, 2016, upon careful and independent consideration

of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. No. 9),

Defendant's Response (Doc. No. 10), and the administrative record, and upon review of the

Report and Recommendation ("R&R") of United States Magistrate Judge Richard A. Lloret

(Doc. No. 12), to which there were <u>no objections</u> filed by either party,[1] it is hereby **ORDERED**

that:

1.      The Report and Recommendation (Doc. No. 12)  is **APPROVED** and

**ADOPTED**;

2.      Plaintiff's request for review (Doc. No. 9) is **DENIED**;

3.      The final decision of the Commissioner is **AFFIRMED**; and

4.      The Clerk of Court is directed to mark this case **CLOSED** for all purposes,

including statistics.

BY THE COURT:

  /s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] Under 28 U.S.C. 636(b)(1)(B) and Local Rule of Civil Procedure 72.1, parties may file and serve written objections within fourteen (14) days after being served with the report and recommendation.